■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLIFFORD SAUNDERS, Appellant. [707 NYS2d 879] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Leach, J.), rendered February 17, 1999, convicting him of criminal sale of a controlled substance in the third degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to his contention on appeal, the defendant received the alleged *Rosario* material in sufficient time to make meaningful use of it, and was not substantially prejudiced by the delay (*see, People v Ranghelle,* 69 NY2d 56; *see, e.g., People v Farner,* 234 AD2d 561). Santucci, J. P., Friedmann, McGinity and Smith, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLARENCE SMITH, Appellant. [707 NYS2d 897] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 5, 1998 (*People v Smith,* 254 AD2d 312), affirming a judgment of the Supreme Court, Queens County, rendered September 20, 1996.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, Thompson and Altman, JJ., concur.